JENERIC/PENTRON, INC., Plaintiff–Appellee,

v.

DILLON COMPANY, INC., Chemichl, Inc., and Chemichl AG, Defendants–Appellants.

No. 03–1396.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2004.

### ORDER

Upon consideration of the parties' joint motion to voluntarily dismiss the appeal of the decision of the United States District Court for the District of Connecticut in *Jeneric/Pentron, Inc. v. Dillon Company, Inc.,* 259 F.Supp.2d 192 (D.Conn.2003),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.